IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

L. R.,

    Plaintiff,

v.                                          Case No. 4:18cv72-MW/CAS

LEON COUNTY SCHOOL DISTRICT,
MARGOT PALAZESI, an individual,
and PALAZESIM, LLC, in her
official capacity as Contractor,
ESE Program Manager, Litigation,
and Section 504 Officer,

    Defendants.
_____/

## ORDER ACCEPTING AND ADOPTING
## REPORT AND RECOMMENDATION

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation, ECF No. 29, and has also reviewed *de novo* Plaintiff's objections to the report and recommendation. ECF No. 33. Accordingly,

**IT IS ORDERED:**

The report and recommendation is **accepted and adopted,** over the objections of Plaintiff, as this Court's opinion. The motion to dismiss, ECF no. 17, is **GRANTED** as to the Palazesi defendants. Count II of Plaintiff's second amended complaint, ECF No. 14, is **DISMISSED** because Plaintiff has failed to exhaust administrative remedies as required, because Plaintiff is not authorized to bring *pro se* claims under the ADA or § 504 of the Rehabilitation Act on behalf of another person, and because the allegations are insufficient to state a claim for relief. **To the extent L.R. asserts she brings Count II on her own behalf, she needs to seek to amend her**

**complaint**. This case is **REMANDED** to the Magistrate Judge for further proceedings on the surviving claims brought against the Leon County School Board and for consideration of a motion to amend, if any.

**SO ORDERED on March 12, 2019.**

<u>**s/ MARK E. WALKER**</u>
**Chief United States District Judge**