## IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF FLORIDA
## TALLAHASSEE DIVISION

**L.R.,**

    *Plaintiff*,

v.                                          CASE NO.: 4:18cv72-MW/MAF

**LEON COUNTY SCHOOL DISTRICT,**

    *Defendant*.

_____/

## ORDER ACCEPTING AND ADOPTING
## REPORT AND RECOMMENDATION

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation. ECF No. 63. Upon consideration, no objections having been filed by the parties,

**IT IS ORDERED:**

The report and recommendation is **accepted and adopted** as this Court's opinion. Defendant Leon County School District's Motion for Summary Judgment, ECF No. 51, is **GRANTED**, and Plaintiff L.R.'s Motion for Summary Judgment, ECF No. 52, is **DENIED**. The Clerk shall enter judgment stating, "Plaintiff's claims against Defendant are dismissed."

The Clerk shall also close the file.

**SO ORDERED on September 28, 2020.**

<u>s/Mark E. Walker</u>
**Chief United States District Judge**